No. 70–23. THOMPSON ET AL. *v.* UNITED ARTISTS THEATRE CIRCUIT, INC.; and

No. 70–30. UNITED ARTISTS THEATRE CIRCUIT, INC. *v.* THOMPSON ET AL. Appeals from D. C. W. D. Ark.

Judgment vacated and cases remanded for further consideration in light of *Miller* v. *California, ante,* p. 15; *Paris Adult Theatre I* v. *Slaton, ante,* p. 49; *Kaplan* v. *California, ante,* p. 115; *United States* v. *12 200-ft. Reels Film, ante,* p. 123; *United States* v. *Orito, ante,* p. 139; *Heller* v. *New York, ante,* p. 483; *Roaden* v. *Kentucky, ante,* p. 496; and *Alexander* v. *Virginia, ante,* p. 836. MR. JUSTICE DOUGLAS would affirm the judgment in No. 70–23. He would reverse the judgment in No. 70–30. See *Miller* v. *California, ante,* p. 37. MR. JUSTICE BRENNAN, joined by MR. JUSTICE STEWART and MR. JUSTICE MARSHALL, would vacate the judgment and remand cases for further consideration in light of *Mitchum* v. *Foster,* 407 U. S. 225 (1972). Reported below: 316 F. Supp. 815.